## CLARK v. DONALDSON.

*Reference — admission by referee of testimony subject to objection.*

Where evidence which was objected to was admitted by a referee subject to objection, and the referee never decided the objection, but no objection was taken to the course of the referee, *held*, that the party objecting to the evidence must be deemed to have assented to the course of the referee, and there was no error within the case of *Sharpe* v. *Freeman*, 45 N. Y. 802.

APPEAL by plaintiff from a judgment in favor of defendant entered upon the report of a referee.

The action was brought by Thomas C. Clark against James Donaldson for rent of a stable.

*W. P. Richardson* and *John A. Foster*, for appellant.

*Francis Tillou*, for respondent.

DAVIS, P. J.

The question involved was principally of fact. The only material point passed upon in the opinion is fully given in the head-note.

*Judgment affirmed.*